1  SARA PETERS – SBN #260610
   speters@walkuplawoffice.com
2  WALKUP, MELODIA, KELLY & SCHOENBERGER
   650 California Street, 26th Floor
3  San Francisco, CA 94108
   Telephone:   (415) 981-7210
4  Facsimile:   (415) 391-6965

5  WILLIAM F. MARTSON, JR. - OSB #721634
   rick.martson@tonkon.com
6  RYAN M. BLEDSOE, OSB #073296
   ryan.bledsoe@tonkon.com
7  *Admitted Pro Hac Vice*
   TONKON TORP LLP
8  888 SW Fifth Avenue, Suite 1600
   Portland, OR 97204
9  Telephone:   (503) 221-1440
   Facsimile:   (503) 274-8779
10
   Attorneys for Defendants Barber Auto Sales, Inc.;
11 Ron Barber Enterprises, Inc.; RLB, Inc.; White
   Auto Sales, Inc.; Thomason Auto Group, LLC;
12 Thomason Autogroup, Inc.; Thomason Ford of Fairfield, Inc.;
   Imports, LLC; T19490, LLC; Autolot, LLC; SLT/Tag, Inc.;
13 SLTW, Inc.; SLT Auto Group, Inc., and Scott L. Thomason

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 AUTOMOTIVE INDUSTRIES PENSION TRUST          CASE NO. CV 12-02676 SI
   FUND, JAMES H. BENO, Trustee, et al.,
18                                              STIPULATED MOTION TO
                        Plaintiffs,             POSTPONE THE INITIAL CASE
19                                              MANAGEMENT CONFERENCE;
       v.                                       [PROPOSED] ORDER THEREON
20
   BARBER AUTO SALES, INC., a California
21 corporation, et al.,

22                      Defendants.
                                            /
23

24         Defendants request postponement of the initial case management conference

25 presently set for October 12, 2012, at 2:30 PM. Defendants' counsels have prior engagements that

26 cannot reasonably be postponed or rescheduled. Good cause for this postponement exists. Plaintiffs'

27 counsel stipulates to this Motion.

28 / / /

                                        -1-                    CASE NO. CV 12-02676 SI

1 | The parties are available on November 9, 2012; November 16, 2012; and November 23, 2012, for the rescheduled initial case management conference. Defendants' attorney, Ryan M. Bledsoe of Tonkon Torp LLP, attests pursuant to Local Rule 5(i)(3) that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:   October 2, 2012

IT IS SO STIPULATED:

| TONKON TORP LLP | TRUCKER HUSS, APC |
|---|---|
| By: /s/Ryan M. Bledsoe<br>WILLIAM F. MARTSON, JR.<br>RYAN M. BLEDSOE<br>Telephone:   (503) 221-1440<br>Facsimile:    (503) 274-8779<br>Email: rick.martson@tonkon.com<br>Email: ryan.bledsoe@tonkon.com<br><br>Attorneys for Defendants Barber Auto Sales, Inc.; Ron Barber Enterprises, Inc.; RLB, Inc.; White Auto Sales, Inc.; Thomason Auto Group, LLC; Thomason Autogroup, Inc.; Thomason Ford of Fairfield, Inc.; Imports, LLC; T19490, LLC; Autolot, LLC; SLT/Tag, Inc.; SLTW, Inc.; SLT Auto Group, Inc., and Scott L. Thomason | By: /s/Robert F. Schwartz<br>ROBERT F. SCHWARTZ<br>Telephone:   (415) 788-3111<br>Facsimile:    (415) 421-2017<br>Email: rschwartz@truckerhuss.com<br><br>Attorneys for Defendants Fairfield Imports, LLC; Fairfield Imports Tow, LLC; Fairfield Imports Three, LLC; Vallejo CJD, LLC; Toyota of Fairfield RE, LLC; and STARH RE, LLC |

SALTZMAN & JOHNSON LAW CORP.

By: /s/Kimberly A. Hancock
KIMBERLY A. HANCOCK
Telephone:   (415) 882-7900
Facsimile:    (415) 882-9287
Email: khancock@sjlawcorp.com

Attorneys for Plaintiffs

ORDER GRANTING STIPULATED MOTION TO POSTPONE INITIAL
CASE MANAGEMENT CONFERENCE

The Stipulated Motion to Postpone the Initial Case Management Conference came before this Court requesting the postponement of the initial case management conference presently set for October 12, 2012, at 2:30 PM. Defendants' Motion is GRANTED.

IT IS SO ORDERED that the initial case management conference is rescheduled to 11/30/12 at 2:30 pm.

Dated: 10/3/12

*[signature]*

THE HONORABLE SUSAN ILLSTON

3974362v.1