1   **SARA PETERS – SBN #260610**
    speters@walkuplawoffice.com
2   WALKUP, MELODIA, KELLY & SCHOENBERGER
    650 California Street, 26th Floor
3   San Francisco, CA 94108
    Telephone:   (415) 981-7210
4   Facsimile:   (415) 391-6965

5   **WILLIAM F. MARTSON, JR**. - OSB #721634
    rick.martson@tonkon.com
6   **RYAN M. BLEDSOE**, OSB #073296
    ryan.bledsoe@tonkon.com
7   *Admitted Pro Hac Vice*
    TONKON TORP LLP
8   888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204
9   Telephone:   (503) 221-1440
    Facsimile:   (503) 274-8779

10

11   Attorneys for Defendants Barber Auto Sales, Inc.;
    Ron Barber Enterprises, Inc.; RLB, Inc.; White
    Auto Sales, Inc.; Thomason Auto Group, LLC;
12   Thomason Autogroup, Inc.; Thomason Ford of Fairfield, Inc.;
    Imports, LLC; T19490, LLC; Autolot, LLC; SLT/Tag, Inc.;
13   SLTW, Inc.; SLT Auto Group, Inc., and Scott L. Thomason

14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17   AUTOMOTIVE INDUSTRIES PENSION TRUST     **CASE NO. CV 12-02676 SI**
    FUND, JAMES H. BENO, Trustee, et al.,
18

19              Plaintiffs,      STIPULATED MOTION TO
                          POSTPONE THE INITIAL CASE
20      v.                      MANAGEMENT CONFERENCE;
                          [~~PROPOSED~~] ORDER THEREON
21   BARBER AUTO SALES, INC., a California
    corporation, et al.,

22              Defendants.

23   _____/

24         Defendants request postponement of the initial case management conference

25   presently set for October 12, 2012, at 2:30 PM.  Defendants' counsels have prior engagements that

26   cannot reasonably be postponed or rescheduled.  Good cause for this postponement exists.  Plaintiffs'

27   counsel stipulates to this Motion.

28   */ / /*

                                 -1-                CASE NO. CV 12-02676 SI

1    The parties are available on November 9, 2012; November 16, 2012; and

2    November 23, 2012, for the rescheduled initial case management conference.  Defendants' attorney,

3    Ryan M. Bledsoe of Tonkon Torp LLP, attests pursuant to Local Rule 5(i)(3) that concurrence in the

4    filing of the document has been obtained from each of the other signatories.

5            DATED:        October 2, 2012

6    IT IS SO STIPULATED:

7        TONKON TORP LLP                                   TRUCKER HUSS, APC

8    By:   /s/Ryan M. Bledsoe                         By:   /s/Robert F. Schwartz
           WILLIAM F. MARTSON, JR.                          ROBERT F. SCHWARTZ
9          RYAN M. BLEDSOE                                  Telephone:      (415) 788-3111
           Telephone:     (503) 221-1440                    Facsimile:      (415) 421-2017
10         Facsimile:     (503) 274-8779                    Email:  rschwartz@truckerhuss.com
           Email:  rick.martson@tonkon.com
11         Email:  ryan.bledsoe@tonkon.com                  Attorneys for Defendants Fairfield
                                                            Imports, LLC; Fairfield Imports Tow,
12         Attorneys for Defendants Barber Auto             LLC; Fairfield Imports Three, LLC;
           Sales, Inc.; Ron Barber Enterprises, Inc.;       Vallejo CJD, LLC; Toyota of Fairfield
13         RLB, Inc.; White Auto Sales, Inc.;               RE, LLC; and STARH RE, LLC
           Thomason Auto Group, LLC; Thomason
14         Autogroup, Inc.; Thomason Ford of
           Fairfield, Inc.;  Imports, LLC; T19490,
15         LLC; Autolot, LLC; SLT/Tag, Inc.;
           SLTW, Inc.; SLT Auto Group, Inc., and
16         Scott L. Thomason

17       SALTZMAN & JOHNSON LAW CORP.

18   By:   /s/Kimberly A. Hancock
           KIMBERLY A. HANCOCK
19         Telephone:     (415) 882-7900
           Facsimile:     (415) 882-9287
20         Email:  khancock@sjlawcorp.com

21         Attorneys for Plaintiffs

22

23

24

25

26

27

28

## ORDER GRANTING STIPULATED MOTION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE

The Stipulated Motion to Postpone the Initial Case Management Conference came before this Court requesting the postponement of the initial case management conference presently set for October 12, 2012, at 2:30 PM.  Defendants' Motion is GRANTED.

IT IS SO ORDERED that the initial case management conference is rescheduled to 11/30/12 _____ at ___ 2:30 pm ___.

Dated:   10/3/12

_____
THE HONORABLE SUSAN ILLSTON

3974362v.1

-3-                                    CASE NO. CV 12-02676 SI