PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
KIMBERLY A. HANCOCK (SBN 205567)
khancock@sjlawcorp.com
JULIE A. RICHARDSON (SBN 215202)
jrichardson@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

WILLIAM F. MARTSON, JR. (OSB 721634)
RYAN M. BLEDSOE (OSB 073296)
ryan.bledsoe@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower | 888 S.W. Fifth Avenue
Portland, Oregon 97204
(503) 802-2120
(503) 972-3820 - Facsimile

Attorneys for Defendants: Barber Auto Sales, Inc.,
Ron Barber Enterprises, Inc., RLB, Inc., White Auto Sales, Inc.,
Thomason Auto Group, LLC, Thomason Autogroup, Inc.,
Thomason Ford of Fairfield, Inc., Imports, LLC, T19490, LLC,
Autolot, LLC, SLT/Tag, Inc., SLTW, Inc.,
SLT Auto Group, Inc., and Scott L. Thomason

ROBERT F. SCHWARTZ (SBN 227327)
rschwartz@truckerhuss.com
TRUCKER HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
(415) 788-3111
(415) 421-2017 - Facsimile

Attorneys for Defendants: Fairfield Imports, LLC,
Fairfield Imports Two, LLC, Fairfield Imports Three, LLC
Vallejo CJD, LLC, Toyota of Fairfield Re: LLC, and STARH RE, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

///

///

///

-1-
NOTICE OF CONDITIONALSETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.: CV 12-02676 SI

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, et al.<br><br>                        Plaintiffs,<br>v.<br><br>BARBER AUTO SALES, INC., a California corporation, et al; and DOES 1-20,<br><br>                        Defendants. | Case No.:  CV 12-02676 SI<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:       July 12, 2013<br>Time:      3:00 p.m.<br>Judge:     Hon. Susan Illston<br>Location:  Courtroom 10, 19th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, California<br><br>**Complaint filed:  May 24, 2012**<br>**Trial Date:          Not Set** |

On June 4, 2013, the parties participated in mediation with Martin Quinn, the ADR Unit appointed mediator and negotiated a settlement.  The settlement is conditioned upon certain terms expected to be completed within the next 10 weeks.  The parties are in the process of finalizing settlement documents including a stipulated conditional dismissal which they anticipate executing and filing with the Court within the next 30 days.  Therefore, pursuant to Civ. L.R. 7-7, the parties, through their undersigned counsel, hereby stipulate and agree to a 30-day continuance of the Case Management Conference currently scheduled for July 12, 2013 at 3:00 p.m. in Courtroom 10, 19th Floor of this Court, with all related case management deadlines to be continued accordingly.

Date:  June 27, 2013            SALTZMAN & JOHNSON LAW CORPORATION

                                By:  _____/S/ Kimberly A. Hancock_____
                                     KIMBERLY A. HANCOCK
                                     Attorneys for Plaintiffs

Date:  June 27, 2013            TONKON TORP LLP

                                By:  _____/S/ Ryan M. Bledsoe_____
                                     RYAN M. BLEDSOE
                                     Attorneys for Defendants

-2-
NOTICE OF CONDITIONALSETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Barber Auto Group\WDL Action\Settlement\Notice of Settlement 06-27-13.doc

Date:  June 27, 2013               TRUCKER HUSS

                                   By: _____/S/ Robert F. Schwartz_____
                                         ROBERT F. SCHWARTZ
                                         Attorneys for Defendants

IT IS SO ORDERED.

    Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby continues the Case Management Conference currently scheduled for July 12, 2013 to ___August 16, 2013___ 2013 at 3:00 p.m. in Courtroom 10, 19th Floor of this Court.  All other related case management deadlines are continued accordingly.

Date: ___6/28/13___                _____
                                   SUSAN ILLSTON
                                   United States District Court Judge

-3-
NOTICE OF CONDITIONAL SETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Barber Auto Group\WDL Action\Settlement\Notice of Settlement 06-27-13.doc

DECLARATION OF KIMBERLY A. HANCOCK

Pursuant to ECF General Order 45, I, Kimberly A. Hancock, declare as follows:

1. The signatories listed above, Ryan Bledsoe, of the law firm of Toklon Torp LLP, and Robert F. Schwartz, of the law firm of Trucker Huss are the attorneys of record for defendants;

2. Concurrent with the e-filing of the within Joint Case Management Conference Statement, authority was obtained from Ryan Bledsoe and Robert F. Schwartz in lieu of their signature on the Statement;

3. The Law Offices of Saltzman & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 27th day of June, 2013, in San Francisco, California.

/S/     Kimberly A. Hancock_____
KIMBERLY A. HANCOCK