1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  KIMBERLY A. HANCOCK (SBN 205567)
   khancock@sjlawcorp.com
3  JULIE A. RICHARDSON (SBN 215202)
   jrichardson@sjlawcorp.com
4  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
5  San Francisco, CA 94104
   (415) 882-7900
6  (415) 882-9287 – Facsimile

7  Attorneys for Plaintiffs

8  WILLIAM F. MARTSON, JR. (OSB 721634)
   RYAN M. BLEDSOE (OSB 073296)
9  ryan.bledsoe@tonkon.com
   TONKON TORP LLP
10 1600 Pioneer Tower | 888 S.W. Fifth Avenue
   Portland, Oregon 97204
11 (503) 802-2120
   (503) 972-3820 - Facsimile
12

13 Attorneys for Defendants: Barber Auto Sales, Inc.,
   Ron Barber Enterprises, Inc., RLB, Inc., White Auto Sales, Inc.,
14 Thomason Auto Group, LLC, Thomason Autogroup, Inc.,
   Thomason Ford of Fairfield, Inc., Imports, LLC, T19490, LLC,
15 Autolot, LLC, SLT/Tag, Inc., SLTW, Inc.,
   SLT Auto Group, Inc., and Scott L. Thomason
16

17 ROBERT F. SCHWARTZ (SBN 227327)
   rschwartz@truckerhuss.com
18 TRUCKER HUSS
   A Professional Corporation
19 One Embarcadero Center, 12th Floor
   San Francisco, CA  94111
20 (415) 788-3111
   (415) 421-2017 - Facsimile

21 Attorneys for Defendants: Fairfield Imports, LLC,
   Fairfield Imports Two, LLC, Fairfield Imports Three, LLC
22 Vallejo CJD, LLC, Toyota of Fairfield Re: LLC, and STARH RE, LLC

23

24                       UNITED STATES DISTRICT COURT

25                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

26 ///

27 ///

28 ///

-1-
NOTICE OF CONDITIONALSETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, et al.<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>BARBER AUTO SALES, INC., a California corporation, et al; and DOES 1-20,<br><br>　　　　　　　　Defendants. | Case No.:  CV 12-02676 SI<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:　　July 12, 2013<br>Time:　　3:00 p.m.<br>Judge:　　Hon. Susan Illston<br>Location:　Courtroom 10, 19th Floor<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, California<br><br>**Complaint filed:　May 24, 2012**<br>**Trial Date:　　　Not Set** |

　　　　　On June 4, 2013, the parties participated in mediation with Martin Quinn, the ADR Unit appointed mediator and negotiated a settlement.  The settlement is conditioned upon certain terms expected to be completed within the next 10 weeks.  The parties are in the process of finalizing settlement documents including a stipulated conditional dismissal which they anticipate executing and filing with the Court within the next 30 days.  Therefore, pursuant to Civ. L.R. 7-7, the parties, through their undersigned counsel, hereby stipulate and agree to a 30-day continuance of the Case Management Conference currently scheduled for July 12, 2013 at 3:00 p.m. in Courtroom 10, 19th Floor of this Court, with all related case management deadlines to be continued accordingly.

Date:  June 27, 2013　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION

　　　　　　　　　　　　　　　　By: _____/S/ Kimberly A. Hancock_____
　　　　　　　　　　　　　　　　　　KIMBERLY A. HANCOCK
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Date:  June 27, 2013　　　　　　　TONKON TORP LLP

　　　　　　　　　　　　　　　　By: _____/S/ Ryan M. Bledsoe_____
　　　　　　　　　　　　　　　　　　RYAN M. BLEDSOE
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

-2-
NOTICE OF CONDITIONALSETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Barber Auto Group\WDL Action\Settlement\Notice of Settlement 06-27-13.doc

1  Date: June 27, 2013                    TRUCKER HUSS

2                                         By: _____/S/ Robert F. Schwartz_____
3                                              ROBERT F. SCHWARTZ
                                               Attorneys for Defendants
4
   IT IS SO ORDERED.
5
          Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby
6
   continues the Case Management Conference currently scheduled for July 12, 2013 to
7
   ____August 16, 2013_____2013 at 3:00 p.m. in Courtroom 10, 19th Floor of this Court.  All other
8
   related case management deadlines are continued accordingly.
9

10

11  Date: ___6/28/13_____              _____
12                                         SUSAN ILLSTON
                                           United States District Court Judge
13

-3-
NOTICE OF CONDITIONAL SETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Barber Auto Group\WDL Action\Settlement\Notice of Settlement 06-27-13.doc

DECLARATION OF KIMBERLY A. HANCOCK

Pursuant to ECF General Order 45, I, Kimberly A. Hancock, declare as follows:

1. The signatories listed above, Ryan Bledsoe, of the law firm of Toklon Torp LLP, and Robert F. Schwartz, of the law firm of Trucker Huss are the attorneys of record for defendants;

2. Concurrent with the e-filing of the within Joint Case Management Conference Statement, authority was obtained from Ryan Bledsoe and Robert F. Schwartz in lieu of their signature on the Statement;

3. The Law Offices of Saltzman & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 27th day of June, 2013, in San Francisco, California.

                                              /S/      Kimberly A. Hancock_____
                                              KIMBERLY A. HANCOCK

-4-
NOTICE OF CONDITIONAL SETTLEMENT
AND STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERNECE; [PROPOSED ORDER]
Case No.:  CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Barber Auto Group\WDL Action\Settlement\Notice of Settlement 06-27-13.doc