| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
|   | pmiller@sjlawcorp.com |
| 2 | KIMBERLY A. HANCOCK (SBN 205567) |
|   | khancock@sjlawcorp.com |
| 3 | ANNE BEVINGTON (SBN 111320) |
|   | abevington@sjlawcorp.com |
| 4 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 5 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 6 | (415) 882-9287 – Facsimile |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee, | Case No.: CV 12-02676 SI |
| | **STIPULATION FOR CONDITIONAL VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| Plaintiffs, | **[F.R.C.P. Rule 41(a)(1)(A)(ii)]** |
| v. | |
| BARBER AUTO SALES, INC., a California corporation et al., | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel, that pursuant to the parties' Settlement Agreement, this Court dismiss this action with prejudice, with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal is entered by the Court; however, in the event that any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within one hundred twenty (120) days from the date of entry of the Court's order, that settlement

has not in fact occurred, the dismissal shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

IT IS SO STIPULATED.

Dated:  August 8, 2013			SALTZMAN & JOHNSON LAW CORPORATION

					By:	/s/ Kimberly A. Hancock
						KIMBERLY A. HANCOCK
						Attorneys for Plaintiffs

I, Kimberly A. Hancock, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  August 8, 2013			TONKON TORP LLP

					By:	/s/ Ryan M. Bledsoe
						RYAN M. BLEDSOE
						Attorneys for Defendants

Dated:  August 8, 2013			TRUCKER HUSS

					By:	/s/ Robert F. Schwartz
						ROBERT F. SCHWARTZ
						Attorneys for Defendants

**ORDER**

Pursuant to the parties' Stipulation and Settlement Agreement and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal with prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,* 49 F.3rd 1430, 1432 (9th Cir. 1995).

However, in the event that any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within one hundred twenty (120) days from the date of entry of this Order, that settlement has not in fact occurred, the dismissal shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

IT IS SO ORDERED.

Dated: __8/8/13_____    _____
                             SUSAN ILLSTON
                             JUDGE, UNITED STATES DISTRICT COURT