PHILIP M. MILLER (SBN 87877)
pmiller@sjlawcorp.com
KIMBERLY A. HANCOCK (SBN 205567)
khancock@sjlawcorp.com
ANNE BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br>v.<br><br>BARBER AUTO SALES, INC., a California corporation et al.,<br><br>Defendants. | Case No.:  CV 12-02676 SI<br><br>**STIPULATION FOR CONDITIONAL VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>**[F.R.C.P. Rule 41(a)(1)(A)(ii)]** |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel, that pursuant to the parties' Settlement Agreement, this Court dismiss this action with prejudice, with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal is entered by the Court; however, in the event that any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within one hundred twenty (120) days from the date of entry of the Court's order, that settlement

has not in fact occurred, the dismissal shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

  IT IS SO STIPULATED.

Dated:  August 8, 2013        SALTZMAN & JOHNSON LAW CORPORATION

              By: /s/ Kimberly A. Hancock
                KIMBERLY A. HANCOCK
              Attorneys for Plaintiffs

I, Kimberly A. Hancock, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  August 8, 2013        TONKON TORP LLP

              By: /s/ Ryan M. Bledsoe
                RYAN M. BLEDSOE
              Attorneys for Defendants

Dated:  August 8, 2013        TRUCKER HUSS

              By: /s/ Robert F. Schwartz
                ROBERT F. SCHWARTZ
              Attorneys for Defendants

## **ORDER**

  Pursuant to the parties' Stipulation and Settlement Agreement and good cause appearing:

  IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

  IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal with prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,* 49 F.3rd 1430, 1432 (9th Cir. 1995).

1   However, in the event that any party hereto certifies to this court, with proof of service of a
2   copy thereon on opposing counsel, within one hundred twenty (120) days from the date of entry of
3   this Order, that settlement has not in fact occurred, the dismissal shall be vacated and this cause
4   shall forthwith be restored to the calendar for further proceedings.

6   IT IS SO ORDERED.

7   Dated: __8/8/13_____         _____
                                       SUSAN ILLSTON
8                                      JUDGE, UNITED STATES DISTRICT COURT